IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

      Plaintiff,                    No. CIV S-08-2788 EFB P

      vs.

VOKUFKA, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion to conduct discovery. He seeks to obtain various documents that he believes are relevant to this action. However, defendants have neither been served with process nor filed an answer to the complaint. Thus, discovery at this point is premature.[1]

      Accordingly, it is ORDERED that plaintiff's November 20, 2008, motion for discovery is denied.

Dated: September 2, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Motions for leave to conduct discovery are not part of ordinary civil litigation. Rather, once defendant has answered the complaint, the parties may conduct discovery. *See* Fed. R. Civ. P. 26-37.