1
2
3
4
5
6
7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  THOMAS JOHN HEILMAN,

11          Plaintiff,                         No. CIV S-08-2788 EFB P

12      vs.

13  VOKUFKA,                                   <u>ORDER AND</u>
                                               <u>FINDINGS AND RECOMMENDATIONS</u>
14          Defendant.

15  _____/

16      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17  U.S.C. § 1983.  On September 2, 2009, the court screened plaintiff's complaint.  The court found

18  that the November 20, 2008, complaint stated one claim against defendant Vokufka.  However,

19  the court found it did not state cognizable claims that defendant Vokufka violated his right to

20  adequate medical care, due process of law in the grievance system, or retaliated against him.

21  The court explained to plaintiff that he either could proceed with his action solely against

22  defendant on the claim stated in the complaint, or file an amended complaint in an attempt to

23  correct the deficiencies in the claims enumerated above.  On September, 10, 2009, plaintiff

24  submitted the documents necessary for service on defendant Vokufka based on the claim he

25  stated in the complaint.

26  ////

The court construes plaintiff's election to proceed against defendant only on the claim stated and as consent to dismissal of all other claims.

Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that the following claims be dismissed without prejudice:

1. That defendant violated his right to adequate medical care;

2. That defendant violated his right to due process in the grievance system; and,

3. That defendant retaliated against him.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 21, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE