IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

     Plaintiff,                     No. CIV S-08-2788 FCD EFB P

    vs.

VOJKUFKA,

     Defendant.             ORDER

                               /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a "fee waiver for Marshal's service of a subpoena for discovery." Dckt. Nos. 42, 50. The court issued plaintiff a subpoena duces tecum to obtain certain documents from non-party California Department of Corrections and Rehabilitation pursuant to Federal Rule of Civil Procedure 45 on July 26, 2010. The court lacks power to waive plaintiff's obligation to pay the fee for service of the subpoena. *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989); *Gonzalez v. Fenner*, 128 F.R.D. 606, 607-08 (S.D.N.Y. 1989). Accordingly, plaintiff's requests for a fee waiver are hereby denied. However, this court has granted plaintiff permission to proceed in forma pauperis by order filed September 2, 2009. Dckt. No. 7.

////

////

1 | Accordingly, by separate order the court will direct the United States Marshal to serve subpoenas
2 | received from plaintiff without prepayment of costs until further order of the court. *Brown v. De
3 | Filippis*, 125 F.R.D. 83, 84-85 (S.D.N.Y. 1989).
4 | DATED: September 13, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE