IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

      Plaintiff,                             No. CIV S-08-2788 FCD EFB P

      vs.

VOJKUFKA,

      Defendant.                     <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding without counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On August 10, 2010, he requested that the court direct the U.S. Marshal to serve a subpoena duces tecum on the California Department of Corrections and Rehabilitation.  Plaintiff provided the subpoena to the court on August 31, 2010.  The court has granted plaintiff's request to order service of the subpoena by the Marshal without prepayment of costs.

      Accordingly, the Clerk is directed to issue and forward the attached subpoena to the United States Marshal, who is directed to serve such subpoena without prepayment of costs.

DATED: September 13, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE