IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

     Plaintiff,                    No. CIV S-08-2788 FCD EFB P

  vs.

VOJKUFKA,

     Defendant.                 <u>ORDER</u>

_____/

Plaintiff is a prisoner proceeding without counsel in a civil rights brought under 42 U.S.C. § 1983. Plaintiff has submitted a "request for clarification" in which he states that the Clerk of the Court sent him a notice informing him that his case was closed and returning a motion to compel he sought to file. Dckt. No. 83. Plaintiff seeks the status of his case and pending motions.

The court informs plaintiff that this case remains open. Currently pending are findings and recommendations issued by the undersigned on February 17, 2011 as well as numerous motions filed by the parties: Docket No. 77 (plaintiff's motion for summary judgment); Docket No. 79 (defendant's motion to strike plaintiff's motion for summary judgment); and Docket Nos. 80 and 81 (plaintiff's motions to compel).

DATED: September 6, 2011.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE