IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

     Plaintiff,                    No. CIV S-08-2788 KJM EFB P

     vs.

MICHAEL VOJKUFKA,

     Defendant.               <u>ORDER</u>

          /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 20, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1

1   1983).  Having carefully reviewed the file, the court finds the findings and recommendations to
2   be supported by the record and by the proper analysis.
3               Accordingly, IT IS HEREBY ORDERED that:
4               1.  The findings and recommendations filed September 20, 2011, are adopted in
5   full;
6               2.  Defendant's March 29, 2011 motion to strike (Docket No. 79) is granted, and
7   plaintiff's March 8, 2011 motion for summary judgment/judgment on the pleadings (Docket No.
8   77) is stricken; and
9               3.  Plaintiff's renewed request that the court determine that defendant and defense
10  counsel have acted in bad faith (Docket No. 81) is denied.
11  DATED:  March 21, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE