1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9    THOMAS JOHN HEILMAN,

10          Plaintiff,                    No. 2:08-cv-2788 KJM EFB P

11       vs.

12   VOJKULFKA, et al.,

13          Defendants.            ORDER TO SHOW CAUSE

14  _____/

15        Plaintiff is a state prisoner proceeding through counsel in an action brought under 42

16   U.S.C. § 1983.  On July 10, 2012, the court ordered defendant to file a pretrial statement not later

17   than thirty days after the filing of plaintiff's pretrial statement.  Dckt. No. 96.  On August 13,

18   2012, plaintiff filed his pretrial statement.  Dckt. No. 102.  More than thirty days have passed

19   and defendant has not filed a pretrial statement, requested a settlement conference, or otherwise

20   respond to the court's July 10, 2012 order.  Accordingly, defendant is ordered to show cause

21   why sanctions should not be imposed for his failure to follow court orders.  E.D. Cal. L.R. 110

22   ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may

23   be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

24   within the inherent power of the Court.").

25   ////

26   ////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant shall, within 21 days of the date this order is filed, show cause in writing why sanctions should not be imposed for failure to comply with the court's July 10, 2012 order.

2.  Defendant shall also, within 21 days of the date this order is filed, file a pretrial statement as required by the court's July 10, 2012 order.

DATED:  October 17, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE