IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

     Plaintiff,                   No. 2-08-cv-2788 KJM EFB P

     vs.

VOJKULFKA, et al.,

     Defendants.          <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 18, 2012, the court ordered defendant to show cause why he should not be sanctioned for failure to follow court orders. Defendant filed a response and requested an extension of time to file a pretrial statement.

     Accordingly, the order to show cause (Dckt. No. 103) is discharged, and defendant shall file a pretrial statement on or before November 26, 2012.

     So ordered.

Dated: November 9, 2012.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE