IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

     Plaintiff,                      No. 2:08-cv-2788 KJM EFB P

    vs.

VOJKUFKA, et al.,

     Defendants.         <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Donald A. Lancaster, Jr. has been selected from the court's pro bono panel to represent plaintiff and he has accepted the appointment.

       Accordingly, IT IS HEREBY ORDERED that:

         1. Donald A. Lancaster, Jr. is appointed as counsel in the above entitled matter.

         2. Appointed counsel shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

/////

/////

1    3. The Clerk of the Court is directed to serve a copy of this order upon Donald A.
2 Lancaster, Jr., The Lancaster Law Group, 29100 Burbank Blvd, 3rd Floor, Woodland Hills,
3 California 91367.

4 DATED:  March 27, 2013.

_____
UNITED STATES DISTRICT JUDGE