## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

        Plaintiff,                      No. 2:08-cv-2788 KJM EFB P

  vs.

VOJKUFKA, et al.,

        Defendants.              **ORDER & WRIT OF HABEAS CORPUS**
                                           /        **AD TESTIFICANDUM**

       Thomas John Heilman, inmate # H-76785, a necessary and material witness in proceedings in this case on May 16, 2013, is confined in Richard J. Donovan Correctional Facility in San Diego, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear telephonically at Richard J. Donovan Correctional Facility on May 16, 2013 at 2:30 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify telephonically before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California, 92179:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 7, 2013.

                                        */s/ Edmund F. Brennan*
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE