**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

THOMAS JOHN HEILMAN,

      Plaintiff,               No.: 2:08-cv-2788 KJM EFB P

      vs.

VOJKUFKA, et al.,

      Defendants.       ORDER TO FACILITATE TELEPHONE CALL

_____/

      Plaintiff is a state prisoner represented by court appointed counsel Donald Aquinas Lancaster, Jr. of The Lancaster Law Group, and is proceeding with a civil rights action under 42 U.S.C. § 1983. Communication between Mr. Lancaster and his client is required to complete preparation for a court status conference. By this order, the court directs the Warden and the correctional staff at Richard J. Donovan Correctional Facility (RJD) to facilitate a confidential telephone call between appointed counsel Mr. Lancaster and inmate Thomas Heilman (H-76785).

      In accordance with the above, IT IS HEREBY ORDERED that:

1. The Warden, litigation coordinator, and other correctional staff as needed at RJD, shall facilitate a confidential telephone call between Thomas Heilman and his attorney, Mr. Lancaster.

2. The confidential telephone call shall be placed on Thursday, May 16, 2013, to begin at 9:00 a.m. and shall continue, without interruption, for a maximum of 120 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Mr. Lancaster at (818) 992-2924.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Heilman under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of RJD, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to promptly serve this order by facsimile (619) 671-7566 and/or email on the Warden and litigation coordinator at RJD.

IT IS SO ORDERED.

DATED: May 15, 2013.

_____
UNITED STATES DISTRICT JUDGE