## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

        Plaintiff,                No. 2:08-cv-2788 KJM EFB P

  vs.

VOJKUFKA, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                            /        **AD TESTIFICANDUM**

        Thomas John Heilman, inmate H-76785, a necessary and material witness in proceedings in this case on May 30, 2013, is confined in Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, for telephonic appearance at R.J. Donovan Correctional Facility, May 30, 2013, at 2:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  The Writ of Habeas Corpus ad Testificandum issued on May 8, 2013 (Dckt. No. 115) is vacated;

        2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic appearance before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        4.  The clerk of court is directed to send a courtesy copy of this order and writ by fax to the Litigation Coordinator at R.J. Donovan Correctional Facility at (619) 671-7566.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  **Warden, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic appearance, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 17, 2013.

                                                            EDMUND F. BRENNAN
                                                            UNITED STATES MAGISTRATE JUDGE