## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

   Plaintiff,      No. 2:08-cv-2788 KJM EFB P

 vs.

VOJKUFKA, et al.,

   Defendants.     **ORDER & WRIT OF HABEAS CORPUS**
_____/  **AD TESTIFICANDUM**

   Thomas John Heilman, inmate H-76785, a necessary and material witness in proceedings in this case on June 28, 2013, is confined in R. J. Donovan Correctional Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by telephone at R. J. Donovan Correctional Facility, June 28, 2013, at 10:00 a.m.

   ACCORDINGLY, IT IS ORDERED that:

   1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

   2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

   3.  The clerk of court is directed to send a courtesy copy of this order and writ by fax to the Litigation Coordinator at R. J. Donovan Correctional Facility at (619) 671-7566.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  **Warden, R. J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179:**

   **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  June 19, 2013.

                _____
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE