IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

        Plaintiffs,                  No. CIV S-08-2788 KJM EFB P

    v.

VOJKFUKA, et al.,                 ORDER

        Defendants.
_____/

        Plaintiff, an inmate proceeding with counsel in this civil rights action, has filed a motion in pro per, asking the court to order the California Department of Corrections and Rehabilitation to give him access to the law library, to provide the necessary resources for litigation, including paper and envelopes, and to process his legal mail so he can send documents to his appointed counsel. He says he has been kept in segregation and deprived of the means to pursue this and other litigation. ECF No. 120 at 2.

        Plaintiff has not shown that his access to the court in this case has been impaired by any restrictions on his ability to undertake legal research. His claimed inability to mail documents to his appointed counsel, however, may implicate his access to the court.

/////

/////

1

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for access to the law library and for writing materials is denied; but

2. Within seven days of the date of this order, counsel for respondent is directed to report to the court on plaintiff's access to the legal materials relevant to his action and any restrictions on mailing documents to appointed counsel Lancaster.

DATED: June 20, 2013.

_____
UNITED STATES DISTRICT JUDGE