Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas Heilman

        Plaintiff(s)

vs.

Vojkufka et al

        Defendants.

No. 2:08-cv-02788-KJM-EFB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald A. Lancaster Jr., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 03/27/2013, by the Honorable Kimberly Mueller, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Introduction, obtain documents for trial and prepare client for trial.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 580.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

Case 2:08-cv-02788-KJM-EFB   Document 131   Filed 08/16/13   Page 2 of 2

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:08-cv-02788-KJM-EFB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Travel-Woodland Hills-Hyatt Hotel, La Jolla, CA -272 miles Round Trip | 149.60 |
|  | Travel Hyatt Hotel, La Jolla, CA-R.J. Donovan Facility- 68 miles Round Trip | 37.40 |
|  | Lodging | 300.00 |
|  | Meals | 75.00 |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of August, 20 13, at Woodland Hills, California.

_____
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 8/14/13

_____
United States District Judge/Magistrate