IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VOJKUFKA, et al.,<br><br>　　　　　Defendants. | No. 2:08-cv-2788 KJM EFB P<br><br><br>ORDER SETTING STATUS CONFERENCE |

　　　　Plaintiff is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2013, the parties appeared before the undersigned, a settlement conference was held, the parties reached a settlement agreement and the essential terms and conditions of that settlement agreement were summarized by the parties on the record. On November 21, 2013, defendant filed a request for clarification of the settlement agreement with the court indicating that there is now a dispute between the parties over the terms of the settlement agreement that was reached. On December 3, 2013, plaintiff (pro se, not through his court appointed counsel), filed a motion to compel the defendant to comply with his version of the terms of the settlement.

/////

/////

　　　　Accordingly, IT IS ORDERED that:

1

1. A Telephonic Status Conference is set for Tuesday, January 21, 2014 at 11:00 a.m., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. Counsel shall appear at the Status Conference telephonically.  Counsel shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status Conference; a land line telephone number must be provided.

3. Plaintiff shall appear at the status conference via video conference from his current institution of confinement.  A separate video conferencing order and writ of habeas corpus ad testificandum will issue concurrently with this order.

4. Each party through their counsel may, but is not required to, file and serve a separate status report on or before January 14, 2014, of no more than three pages in length addressing the current state of the parties' dispute regarding the terms of the settlement that was agreed to and summarized on the record at the time of September 5, 2013 settlement conference.

Dated:  December 12, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.prisioner-civilrights
heil2788.statconf.docx