# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>VOJKUFKA, et al.,<br><br>    Defendants.<br>_____/ | No.: 2:08-cv-2788 KJM EFB P<br><br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Thomas Heilman, CDCR # H-76785, a necessary and material witness in a status conference in this case on January 21, 2014, is confined in California Men's Colony (CMC), Highway 1, San Luis Obispo, California 93409, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd to appear from the institution by video conference at the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Tuesday, January 21, 2014 at 11:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a status conference by video at the time and place above, until completion of the status conference or as ordered by Judge Drozd.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the status conference or as ordered by Judge Drozd.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  December 12, 2013

Ddad1\orders.prisoner-civilrights\heil2788.841.docx

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE