UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

        Plaintiff,                      No.  2:08-cv-2788 KJM EFB P

vs.

VOJKUFKA, et al.,

        Defendants.               **AMENDED ORDER & WRIT OF**
_____/   **HABEAS CORPUS AD TESTIFICANDUM**

      Thomas Heilman, inmate #H-76785, a necessary and material witness in proceedings in this case on January 21, 2014, is confined in California Men's Colony, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by telephonic-conferencing at California Men's Colony, January 21, 2014, at 11:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Litigation Coordinator at California Men's Colony by fax (805) 547-7791.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California Men's Colony, Highway 1, P.O. Box 8101, San Luis Obispo, California 93409-8101:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 14, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.prisoner.civilrights/heil2788.841amended