IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>Plaintiff,<br><br>vs.<br><br>VOJKUFKA, et al.,<br><br>Defendants. | No. 2:08-cv-2788 KJM EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2013, the parties appeared before the undersigned, a settlement conference was held, a settlement agreement was reached and the essential terms and conditions of that settlement agreement were summarized by the parties on the record. Under the terms of that agreement, a dismissal of this action was to have been filed long ago.

On January 24, 2014, plaintiff, through his appointed counsel, file an unopposed request for a thirty day continuance to review a transcript of the settlement agreement as summarized on the record on September 5, 2013, with respect to all material terms. The unopposed request will be granted but no further extensions of time will be granted for this purpose. The parties are

/////
/////
/////
/////

1

directed to advise the court within thirty days of the date of this order when a dismissal will be filed in keeping with the settlement agreement that was placed on the record in this action.

IT IS SO ORDERED.

Dated:  January 27, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.prisioner-civilrights
heil2788.cont30.docx