KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 322-4638
 Facsimile:  (916) 324-5205
 E-mail: Kelli.Hammond@doj.ca.gov
*Attorneys for Defendant Vojkufka*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL VOJKUFKA,<br><br>　　　　　　　　　　Defendant. | Case No. 2:08-cv-2788-KJM-EFB (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

　　　Plaintiff Thomas John Heilman and Defendant Michael Vojkufka have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　However, the Court will maintain jurisdiction over this matter for six months, or until there has been a payment made to Plaintiff Heilman's trust account, whichever is sooner.

/ / /

/ / /

/ / /

1

1  Each party has agreed to bear its own litigation costs and attorney's fees.
2  It is so stipulated.
3
4  Dated: 4/18/2014
5  Donald A. Lancaster
   *Attorney for Plaintiff Heilman*
6
7  Dated: 4/21/2014
8  Kelli M. Hammond
   Deputy Attorney General
9  California Attorney General's Office
   *Attorney for Defendant Vojkufka*
10
11
12  In accordance with the parties' stipulation, this action is dismissed with prejudice. The
13  Clerk of the Court shall close the file. **IT IS SO ORDERED.**
14
15  Dated: June 16 2014
16  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

SA2009313783
31777281.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:08-cv-2788-KJM-EFB (PC))