Donald Aquinas Lancaster, Jr., Esq.
California State Bar Number 258097
The Lancaster Law Group, APC
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367
Telephone Number:   818.992.2924
Facsimile Number:   818.992.2925
DLancaster@thelancasterlawgroup.com

Attorney for Plaintiff, Thomas John Heilman.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS JOHN HEILMAN,**<br>    PLAINTIFF,<br><br>    v.<br><br>**VOJKUFKA, ET AL,**<br>    DEFENDANTS. | **Case No.: 2:08-cv-2788-KJM-EFB(PC)**<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 182.**<br><br>Hearing Judge: Hon. Edmund F. Brennan<br>Case Status:    Closed<br>Date:           Wednesday, June 3, 2015<br>Time:           10:00 a.m.<br>Courtroom:      8, 13th Floor |

///
///
///
///
///
///
///
///

---

~~[Proposed]~~ Order Granting Motion to Withdraw As Counsel of Record
Page 1

1  ~~The Motion to Withdraw as Counsel came before me on June 03, 2015~~.

2  On Good Cause and proof satisfactory to this Court, the Motion to Withdraw as Counsel
3  is granted.    Accordingly, the hearing currently set for June 3, 2015, is vacated.

4  **IT IS SO ORDERED.**

6  Dated: ~~June~~ April __29__ , 2015

*(signature)*

7  **THE HONORABLE EDMUND F. BRENNAN**
8  **UNITED STATES DISTRICT COURT**
9  **MAGISTRATE JUDGE**

---

-[**Proposed**] Order Granting Motion to Withdraw As Counsel of Record
**Page 2**